IN THE US DISTRICT COURT OF THE NORTHERN DISTRICT OF ILLLINOIS

| | | |
|---|---|---|
| SAMUEL JOHN PASQUALE MONK | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | No. 23-CV-06697 |
| | ) | |
| WALMART INC , | ) | |
| | ) | |
| Defendant(s) | ) | |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Plaintiff's Attorney, ANTHONY R. ELMAN, hereby moves this court pursuant to Local Rule LR83.51.16 and 83.17 and to withdraw from legal representation of the plaintiff and states the following:

1) I was appointed by the court as a pro bono attorney for the Plaintiff on 11/15/24,

2) Irreconcilable difference exist between the Plaintiff and Plaintiff's Attorney which can not be resolved after attempts to do so from both of us.

3) That I find that representing the Plaintiff is unreasonably difficult for me to carry out legal representation effectively.

4) That the Plaintiff has requested different counsel in this matter due to the irreconcilable difference in this matter between the attorney, Anthony R. Elman and the Plaintiff.

5) That it is in the best interest of the Plaintiff that he retains new counsel as soon as possible.

6) The Deposition of the Plaintiff proceeded on 2/7/25.

7) The Deposition of Walmart Security Guard, Scotty Rosenmutter, that allegedly attacked the Plaintiff is set for 2/28/25.

*ANTHONY R. ELMAN*
ANTHONY R. ELMAN

**#6208890**
**ELMAN JOSEPH LAW GROUP, LLC**
**212 W. WASHINGTON ST., SUITE 1208**
**CHICAGO, IL 60606**
**312-739-2159**
**Elmanlawgroup.court@gmail.com**