IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAMUEL JOHN PASQUALE MONK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 23-cv-06697 |
| ) | |
| WALMART INC. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT'S MOTION TO WITHDRAW APPEARANCE OF ATTORNEY JAME'S P. BALOG AS COUNSEL FOR WALMART, INC.**

NOW COMES Defendant, WALMART INC., by and through its attorneys, JAMES P. BALOG, ARIEL T. FLOOD and NATALYA K. MIRALAEFF of JOHNSON & BELL, LTD., and respectfully requests that this Court withdraw the appearance of James P. Balog as counsel for Defendant WALMART INC. In support thereof, Defendant states as follows:

1. Attorney James P. Balog previously filed an Appearance in this matter on behalf of Defendant while he was working as an attorney for the law firm of Johnson & Bell, Ltd.

2. Mr. Balog has retired from the law firm of Johnson & Bell, Ltd. and is no longer handling litigation matters.

3. Defendant has been and continues to be represented by Ariel T. Flood and Natalya K. Miralaeff of Johnson & Bell, Ltd.

WHEREFORE, Defendant WALMART INC. prays that this Court withdraw the appearance of James P. Balog as counsel for Defendant in this matter and further remove him from receiving CM/ECF notifications, and for any further relief this Court deems appropriate.

        Respectfully submitted,

        JOHNSON & BELL, LTD.

        */s/James P. Balog*
        ARDC#6185185
        One of the Attorneys for the Defendant

Ariel T. Flood  (#6318250)
Natalya K. Miralaeff (#6347648)
JOHNSON & BELL, LTD.
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603-5404
T: (312) 372-0770
flooda@jbltd.com
miralaeffn@jbltd.com